PARYNTHA DAVIS, The (UNITED STATES v.). See Cases Nos. 16,003 and 16,004.

---

## Case No. 10,788.

### Ex parte PASQUALT.

### [1 Cranch, C. C. 243.] [1]

Circuit Court, District of Columbia. June Term, 1805.

#### NATURALIZATION.

A foreign mariner, residing in Alexandria five years, but sailing occasionally during that time in American vessels from that port, may be naturalized.

Application to be naturalized. Affidavit that he has resided upwards of five years in Alexandria, and that he has during that time sailed from the port of Alexandria, in American vessels, as a mariner. Good moral character, &c. Admitted.

---

In re PASSAIC BRIDGE CASES. See Case No. 9,620.

---

## Case No. 10,789.

### PASSAIC ZINC CO. v. SPEAR et al.

### [32 Leg. Int. 362; 23 Pittsb. Leg. J. 34.]

Circuit Court, E. D. Pennsylvania. Oct. 4, 1875.

#### PATENTS—NOVELTY.

Where the process described and claimed is proved to have been practiced by others some time before the date of the patent, and before the period anterior to that when the patentee claims to have discovered it, the bill in equity will be dismissed.

[This was a bill in equity by the Passaic Zinc Company against Spear & Richards.]

L. C. Cleeman and George H. Fletcher, for complainants.

Edward L. Perkins and Charles B. Collier, for respondents.

McKENNAN, Circuit Judge. The decisive question in this case is one of fact, and it would be a superfluous task to collate and discuss the proofs touching it. It is sufficient to say that they satisfactorily show that the process described and claimed in the complainants' patent was practiced by others some time before the date of the patent, and the period anterior to that, when the patentee claims to have discovered it.

The bill must, therefore, be dismissed with costs.

---

PASSAIC ZINC CO. (WETHERILL v.). See Case No. 17,465.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

## Case No. 10,790.

### PASSAVANT v. The COLLECTOR.

[Cited in Oelberman v. Merritt, 19 Fed. 409. Nowhere reported, and no opinion was written.]